**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 23-62377-CIV-CANNON**

**CHANEL, INC.,**

      Plaintiff,

v.

**THE INDIVIDUAL, BUSINESS ENTITY,**
**OR UNINCORPORATED ASSOCIATION**
**d/b/a uniqua-jewelry.com**

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION**
**MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

**THIS CAUSE** comes before the Court on Plaintiff's *Ex Parte* Motion for Leave to Take

Expedited Discovery ("Motion"), [ECF No. 8], filed on January 16, 2024 (the "Motion"). The

Court has carefully considered the Motion, the record, and is otherwise fully advised in the

premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion [ECF No. 8] is **GRANTED**.

2.     Plaintiff is authorized to immediately issue subpoenas to, and depose only as

necessary, Shopify, Inc. and Shopify Payments (USA), Inc. (collectively "Shopify"),

PayPal, Inc. and Tucows Domains, Inc. ("Tucows) and any e-commerce platforms, email

service providers, financial institutions and/or payment processors identified through the

Subpoenas authorized herein. The discovery sought shall be reasonably limited to

information and documents likely to assist in determining Defendant's name(s) and service address(es).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ___ day of _____ 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2